Case 4:25-cv-02835   Document 32   Filed on 10/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| MICHAEL SINGLETARY, § | |
| *Plaintiff, Pro Se* § | |
| § | |
| V. § | CIVIL ACTION NO. 4:25-cv-2835 |
| § | |
| SWBC MORTGAGE CORPORATION AND § | |
| FEDERAL HOME LOAN MORTGAGE § | |
| CORPORATION (FREDDIE MAC), § | |
| *Defendants* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 24, 2025 (Dkt. 30) and the objections thereto (Dkt. 31), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants SWBC Corporation and Federal Home Loan Mortgage Corporation's (Freddie Mac) Motion to Dismiss (Dkt. 14) is **GRANTED**.

**SIGNED** at Houston, Texas this __3rd__ day of October, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE