Case 4:25-cv-02835    Document 33    Filed on 10/03/25 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL SINGLETARY, <br> *Plaintiff, Pro Se* <br><br> V. <br><br> SWBC MORTGAGE CORPORATION AND FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC), <br> *Defendants.* | § § § § § § § § § | CIVIL ACTION NO. 4:25-cv-2835 |

## FINAL JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Memorandum and Recommendation, it is hereby **ORDERED and ADJUDGED** that Plaintiff take nothing against Defendant and that this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this __3rd__ day of October, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE