United States District Court
Southern District of Texas
**ENTERED**
November 04, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL SINGLETARY, *Plaintiff, Pro Se,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:25-cv-02835 |
| SWBC MORTGAGE CORPORATION AND FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC), *Defendants* | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## AMENDED MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Amended Memorandum and Recommendation dated October 20, 2025, (Dkt. 41) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Amended Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is therefore **ORDERED** that Plaintiff Michael Singletary's Motion to Proceed In Forma Pauperis on Appeal (docket no. 35) is **GRANTED**.

**SIGNED** at Houston, Texas this __4th__ day of November, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE